IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LORI A MARTIN-FAIR**                                                                                    **PLAINTIFF**

v.                                            CASE NO. 4:24-cv-370 JM

**BILL JAMES,** *et al*.                                                                                 **DEFENDANTS**

## ORDER

Plaintiff Lori A. Martin-Fair's federal case was stayed on May 23, 2024, pending the resolution of her state court criminal proceedings. (Doc. 4). A search of her state criminal proceedings reveals that the State dismissed its criminal charges against Martin-Fair in November 2024. *See State v. Martin-Fair*, 35CR-24-61 (Docket Sheet). In staying her case, the Court warned Martin-Fair that her case would be dismissed if she failed to either (1) file a motion to reopen within 60 days of the conclusion of state criminal proceedings or (2) file a status report with this Court no later than May 23, 2025. Martin-Fair has done neither. Accordingly, the Court directs the clerk to lift the stay and dismiss this case without prejudice. Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

DATED this 18th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE