IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LORI A MARTIN-FAIR**                                                                                          **PLAINTIFF**

v.                                          **CASE NO. 4:24-cv-370 JM**

**BILL JAMES**, *et al*.                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE